In The United States District Court
Northern District of Georgia

Susan Weedman (Petitioner)
#908876 Cobb County Jail

vs.

Mandamus #
1:13-CV-2154

James Hatten
Clerk Of Court (Respondent)

RLV

FILED IN CLERK'S OFFICE
JUN 26 2013
JAMES N. HATTEN, Clerk
By: Deputy Clerk

Mandamus for Habeas 1:13-CV-1260
Per 28 USC 1361 + 28 USC 1332

Petitioner seeks a Writ of

Mandamus for Habeas 1:13-CV-1260.

Petitioner has been held over

10 weeks without bond in retaliation

for having sued "State of Georgia"

for false arrest in U.S.D.C.

case # 1:12-CV-1973.

There is no injured party in Cobb County Case #13-9-1210-52

Cobb County has no jurisdiction without an injured party per 28USC1332 (Diversity of Citizenship).

Habeas is not optional in such a case.

Wherefore Petitioner Prays that the Court order the Clerk of Court to issue the Writ of Habeas immediately.

Respectfully Submitted,

Susan Weidman

#908876   Cobb County Jail